*Motion GRANTED.*
*/signature/*

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| JANE DOE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>REALPAGE, INC. a/k/a LEASING DESK SCREENING,<br><br>　　　　Defendant. | Case No.: 3:25-cv-00150<br><br>**PLAINTIFF'S MOTION FOR LEAVE TO PROCEED UNDER PSEUDONYM OR, IN THE ALTERNATIVE, FOR ENTRY OF A PROTECTIVE ORDER** |

Plaintiff Jane Doe, hereby moves this Court for leave to proceed in pseudonym or, in the alternative, for entry of a limited protective order pursuant to Fed. R. Civ. P. 26(c)(1). In support thereof, Plaintiff relies on the arguments and authorities contained within his contemporaneously filed Memorandum of Law in Support of Plaintiff's Motion for Leave to Proceed Under Pseudonym, as well as the Complaint, ECF No. 1, filed in this action.

Date: February 11, 2025

　　　　　　　　　　　　　　　　　　*/s/ Daniel Cohen*
　　　　　　　　　　　　　　　　　　Daniel Cohen, NY Bar # 5481460
　　　　　　　　　　　　　　　　　　CONSUMER ATTORNEYS
　　　　　　　　　　　　　　　　　　68-29 Main Street
　　　　　　　　　　　　　　　　　　Flushing NY 11367
　　　　　　　　　　　　　　　　　　T: (718) 770-7901
　　　　　　　　　　　　　　　　　　F: (718) 715-1750
　　　　　　　　　　　　　　　　　　E: dcohen@consumerattorneys.com

　　　　　　　　　　　　　　　　　　William M. Kaludis, TBPR# 17433
　　　　　　　　　　　　　　　　　　SHIELD LAW GROUP
　　　　　　　　　　　　　　　　　　515 Maryland Way, Suite 911
　　　　　　　　　　　　　　　　　　Brentwood, TN 37027
　　　　　　　　　　　　　　　　　　T: (615) 742-8020
　　　　　　　　　　　　　　　　　　E: bill@shieldlawgroup.com

　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*
　　　　　　　　　　　　　　　　　　*Jane Doe*