# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| JANE DOE, | ) |
| Plaintiff, | ) Case No. 3:25-CV-00150 |
| v. | ) Judge Aleta A. Trauger |
| REALPAGE, INC., a/k/a LEASINGDESK SCREENING, | ) JURY DEMANDED |
| Defendant. | ) |

## ORDER GRANTING REALPAGE, INC.'S SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME RESPOND TO PLAINTIFF'S COMPLAINT

This matter is before the Court on Defendant RealPage, Inc.'s Second Unopposed Motion for Extension of Time to File Its Answer or Otherwise Respond to Plaintiff's Complaint.

The Court has considered RealPage, Inc.'s Motion, and it is so ORDERED AND ADJUDGED that the Motion is GRANTED. RealPage shall file its Answer or otherwise respond to Plaintiff's Complaint no later than April 16, 2025.

IT IS SO ORDERED.

_____
**HONORABLE ALETA A. TRAUGER**
UNITED STATES DISTRICT JUDGE

APPROVED FOR ENTRY:

**LEWIS THOMASON, P.C.**

*/s/ John R. Tarpley*
John R. Tarpley, Esq. (BPR # 009661)
LEWIS THOMASON, P.C.
424 Church Street, Suite 2500
Nashville, TN 37219
jtarpley@lewisthomason.com
direct line: (615) 259-1395

**-and-**

**QUILLING SELANDER LOWNDS WINSLETT & MOSER PC**

*/s/Marc F. Kirkland (by John Tarpley w/permission)*
Marc F. Kirkland (PHV Pending)
Texas State Bar No. 24046221
QUILLING, SELANDER, LOWNDS,
WINSLETT & MOSER, P.C.
6900 N. Dallas Parkway, Suite 800
Plano, Texas 75024
Telephone: (214) 560-5454
Facsimile: (214) 871-2111
mkirkland@qslwm.com

*Attorneys for RealPage, Inc. a/k/a Leasing Desk Screening*