IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JANE DOE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:25-cv-00150 |
| ) | Judge Trauger |
| REALPAGE, INC. *also known as* Leasing ) | |
| Desk Screening, ) | |
| ) | |
| Defendant. ) | |

## ORDER

The court has been notified that this case has settled. It is hereby **ORDERED** that a stipulation of dismissal or other settlement document shall be filed within sixty (60) days of the entry of this Order.

The initial case management conference scheduled for May 12, 2025 is CANCELLED.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge